# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

March 13, 2024

Keven L. Wyrick
FEDERAL CORRECTIONAL INSTITUTION
08724-045
9595 W. Quincy Avenue
Littleton, CO  80123-0000

RE:  24-1525  United States v. Keven Wyrick

Dear Appellant:

The district court clerk has transmitted a notice of appeal and docket entries in this matter, and we have docketed them under the caption and case number shown above. Please include the caption and the case number on all correspondence or pleadings submitted to this court.

Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

Your appeal is being referred to the court. No briefing schedule will be established, and no additional pleadings are required from you. Our office will advise you of any action taken in your case.

Please note that service by pro se parties is governed by Eighth Circuit Rule 25B. A copy of the rule and additional information is attached to the pro se party's copy of this notice.

Please contact us if you have any questions about the case.

Michael E. Gans
Clerk of Court

AEV

Enclosure(s)

cc:	Candace Cole
	Joseph M. Marquez
	Mark Andrew Miller
	Matthew P. Wolesky
	Paige A. Wymore-Wynn

District Court/Agency Case Number(s):   4:94-cr-00194-GAF-12

**Caption For Case Number:   24-1525**

United States of America

        Plaintiff - Appellee

v.

Keven L. Wyrick

        Defendant - Appellant

**Addresses For Case Participants:   24-1525**

Keven L. Wyrick
FEDERAL CORRECTIONAL INSTITUTION
08724-045
9595 W. Quincy Avenue
Littleton, CO  80123-0000

Candace Cole
U.S. ATTORNEY'S OFFICE
Charles Evans Whittaker Courthouse
400 E. Ninth Street
Kansas City, MO  64106-2149

Joseph M. Marquez
U.S. ATTORNEY'S OFFICE
Charles Evans Whittaker Courthouse
400 E. Ninth Street
Kansas City, MO  64106-2149

Mark Andrew Miller
U.S. ATTORNEY'S OFFICE
Charles Evans Whittaker Courthouse
400 E. Ninth Street
Kansas City, MO  64106-2149

Matthew P. Wolesky
U.S. ATTORNEY'S OFFICE
Charles Evans Whittaker Courthouse
400 E. Ninth Street
Kansas City, MO  64106-2149

Paige A. Wymore-Wynn
U.S. DISTRICT COURT- Western Missouri
Western District of Missouri Clerk's Office
Room 1510
400 E. Ninth Street
Kansas City, MO  64106-0000