# Eighth Circuit Court of Appeals

**PRO SE Notice of Docket Activity**

The following was filed on 03/13/2024

**Case Name:** United States v. Keven Wyrick
**Case Number:** 24-1525

**Docket Text:**
CRIMINAL case docketed. [5372918] [24-1525]

**The following document(s) are associated with this transaction:**
Document Description: None

**Notice will be mailed to:**

Keven L. Wyrick
FEDERAL CORRECTIONAL INSTITUTION
08724-045
9595 W. Quincy Avenue
Littleton, CO  80123-0000

**Notice will be electronically mailed to:**

Candace Cole: candace.cole@usdoj.gov
Joseph M. Marquez: Joseph.Marquez@usdoj.gov,
usamow.Appellate@usdoj.gov,usamow.ecfNVC@usdoj.gov,CaseView.ECF@usdoj.gov
Mark Andrew Miller: mark.miller3-@usdoj.gov
Matthew P. Wolesky: Matthew.Wolesky@usdoj.gov,
usamow.Appellate@usdoj.gov,usamow.ecfcybercrimes@usdoj.gov,CaseView.ECF@usdoj.gov
Paige A. Wymore-Wynn: