# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 24-1525

United States of America

Appellee

v.

Keven L. Wyrick

Appellant

---

Appeal from U.S. District Court for the Western District of Missouri - Kansas City
(4:94-cr-00194-GAF-12)

---

**MANDATE**

In accordance with the judgment of June 5, 2024, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

June 26, 2024

Acting Clerk, U.S. Court of Appeals, Eighth Circuit